AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 1:20-mj-72
INFORMATION ASSOCIATED WITH FACEBOOK USER ID )
samantha.balmer.33, ACCOUNT 100004689164126 THAT IS )
STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A- Property to Be Searched

located in the   Western   District of   Michigan  , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B- Particular Things to be Seized

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:875(d) | INTERSTATE COMMUNICATION WITH THREAT TO EXTORT |

The application is based on these facts:
See attached continuation of application for search warrant.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

The Court processed the application remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and application via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original application and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Applicant's signature*

Trisha Kovac, Special Agent, FBI
*Printed name and title*

Date:   02/19/2020

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*